UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORAH SULLIVAN, on behalf of )
    S.M.S., a minor child, )
) Case No. C05-0138-RSL-JPD
    Plaintiff, )
)
v. )
) ORDER
JO ANNE B. BARNHART, Commissioner, )
Social Security Administration, )
)
    Defendant. )
_____ )

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The final decision of the Commissioner is REVERSED and REMANDED for further proceedings, not inconsistent with the Report and Recommendation; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED this 4th day of January, 2006.

                                      */s/ Robert S. Lasnik*
                                      Robert S. Lasnik
                                      United States District Judge