HONORABLE RICARDO S. MARTINEZ
HONORABLE JUDGE JAMES P. DONOHUE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORAH E. SULLIVAN, on behalf of, S. S., a minor,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART, COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | CIVIL No. C05-138-RSM-JPD<br><br><br><br>AGREED ORDER FOR EAJA FEES, COSTS, AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon the parties' Stipulation for Award to Attorney's Fees and Costs pursuant to 28 U.S.C. §2412, and Declaration in Support of Award of EAJA Fees, Costs, and Expenses to Plaintiff, and the Court agreeing that EAJA fees and costs should be awarded, good cause having been shown now, therefore, it is hereby

ORDERED that Plaintiff's attorney, RICHARD BAUM, is hereby awarded EAJA fees of $4408.00.

DATED this 14th day of February, 2006.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

Recommended for Entry
this 10th day of February, 2006.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

BAUM & HOOD, Inc., P.S.
114 W. Magnolia St., Ste. 420
Bellingham, WA  98225
(360) 671-2296

ORDER FOR EAJA FEES AND COSTS (C05-138JPD) - Page 1